# United States District Court

**SOUTHERN** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

v.

**ANTHONY KENTRELL HINES**

## CRIMINAL COMPLAINT

CASE NUMBER: MJ 08-0003-C

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about **12-19-07** in Baldwin County, in the Southern District of Alabama, defendant did

**escape from Keeton Corrections Center**

in violation of Title **18** United States Code, Section(s) **751(a)**.

I further state that I am a **Andy Sellars, Deputy United States Marshal** and that this complaint is based on the following facts:

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**Andy Sellars**
U.S.M.S.

Sworn to before me and subscribed in my presence,

January 3, 2008                                             at            Mobile, Alabama
Date                                                                        City and State

WILLIAM E. CASSADY, UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                              Signature of Judicial Officer

STATE OF ALABAMA

COUNTY OF MOBILE

## AFFIDAVIT

I, Andy Sellars, being duly sworn, depose and state:

1. I am a Deputy United States Marshal and have held this position for 23 years. Prior to becoming a Deputy U.S. Marshal, I was a local Police Officer in the State of Mississippi for 4 years. I am currently assigned to the Gulf Coast Regional Fugitive Task Force, a division of the Mobile Alabama Office of the United States Marshals Service.

2. The information set forth below was observed by me or furnished to me in my official capacity.

3. ANTHONY KENTRELL HINES was charged on 10/28/2000 for violations of Title18 United States Code, Section 2119 AND 2, Armed Robbery Of An Automobile/Car jacking.

4. ANTHONY KENTRELL HINES was found guilty in the Southern District of Alabama of Armed Robbery Of An Automobile/Car jacking and was sentenced on 06/13/2001 to a term of 57 months to the custody of the United States Bureau of Prisons.

5. ANTHONY KENTRELL HINES was released from the Bureau of Prisons on 03/18/2005 and placed on Federal Supervised Release. On 01/23/2006 a federal warrant was issued in the

Southern District of Alabama for ANTHONY KENTRELL HINES charging him with Violation Of Supervised Release. ANTHONY KENTRELL HINES was arrested by the United States Marshals Service on 05/04/2006 for the Violation Of Supervised Release charge. ANTHONY KENTRELL HINES was sentenced in Federal Court on 05/12/2006 to a term of 24 months and ordered to be remanded to the custody of the Federal Bureau of Prisons. The United States Marshals Service transferred ANTHONY KENTRELL HINES to the custody of the U.S. Bureau of Prisons on 09/21/2006.

6. On 12/19/2007, 9:30 AM, ANTHONY KENTRELL HINES was furloughed by the U.S. Bureau of Prisons at the Federal Correctional Institution in Beaumont, Texas and instructed to report to the Keeton Correctional Facility in Spanish Fort, AL no later than 10:40 PM on 12/19/2007.

7. On 01/02/2008 management personnel at the Keeton Correctional Facility in Spanish Fort, Alabama were contacted regarding the whereabouts of ANTHONY KENTRELL HINES. Keeton Correctional Facility records indicated ANTHONY KENTRELL HINES had not reported as instructed and had not contacted any person at the facility in any manner.

8. I believe these facts establish probable cause to believe ANTHONY KENTRELL HINES has escaped from custody, in violation of Title 18 United States Code, Section 751.

_Andy Sellars_
Andy Sellars
Deputy United States Marshal
Southern District of Alabama

Subscribed and sworn
to before me this 3rd
day of January, 2008

_William E. Cassady_
**William E. Cassady**
United States Magistrate Judge
Southern District of Alabama